UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Jonna SILVIA, ) | |
| ) | |
| PLAINTIFF, ) | Civil No. _____ |
| ) | |
| ) | |
| v. ) | COMPLAINT FOR |
| ) | VIOLATIONS OF: |
| SOLIDIFI TITLE AND CLOSING, LLC ) | |
| ) | THE AMERICANS WITH |
| ) | DISABILITIES ACT |
| DEFENDANT. ) | |
| ) | |

## COMPLAINT

PLAINTIFF, Jonna Silvia ("Plaintiff"), by her undersigned attorneys, hereby alleges as follows:

1. This is an action for damages, attorney's fees and other relief on behalf of Jonna Silvia ("Plaintiff"), a former temporary employee with Defendant, Solidifi Title & Closing, LLC ("Defendant"), who has been harmed by Defendant's discriminatory employment practices.

2. This action arises under Title VII of the Civil Rights Act of 1964 (as amended); the Americans with Disabilities Act, and Rhode Island statutory and common law.

**JURISDICTION AND VENUE**

3. This Court has federal question jurisdiction pursuant to 28 USC 1331 and venue is proper pursuant to 28 USC 1391 as Plaintiff's claims are based on Title VII and the ADA.

4. This Court has supplemental jurisdiction over any state claims pursuant to 28 USC 1367.

5. All conditions precedent to the institution of this lawsuit have been fulfilled and Plaintiff has satisfied all prerequisites to maintenance of this action a Notice of Right to Sue was filed by the Equal Employment Opportunity Commission and this action has been filed within 90 days of that notice.

### III. PARTIES

6. Plaintiff Jonna Silvia is a resident of the State of Rhode Island. Plaintiff has serious hearing impairment, wears hearing aids, speaks with a marked slur consistent with people with severe hearing impairments, and Jonna has been deemed to have a documented disability by the Rhode Island Department of Human Services. Jonna's hearing impairment seriously impairs major life activities.

7. Defendant Solidifi Title & Closing, LLC is a limited liability company conducting business in the Town of Middletown, in the County of Newport, in the State of Rhode Island.

8. At all relevant times, the Defendants was acting as Defendant's employer within the meaning of ADA, Title VII and all relevant state and federal statutes.

### FACTUAL ALLEGATIONS

9. Plaintiff was approached by a job placement agency, Aerotek, Inc.("Aerotek") in April of 2020, about a potential placement with Defendant.

10. Pursuant to her agreement with Aeortek, Plaintiff would only be employed by Aerotek for the duration of the time she held her position with Defendant.

11. Plaintiff was required to attend a series of trainings conducted by Defendant during the first two days of her placement with Defendant.

12. Plaintiff informed Defendant that she could not hear the instructions and could not read the lips of the presenter due to the wearing of masks.

13. Plaintiff requested reasonable accommodation.

14. Defendant failed to provide such accommodation, or any other form of accommodation, to assist Plaintiff with her known disability.

15. Plaintiff was terminated after her second day by Defendant, and was consequently terminated by Aerotek.

### COUNT I - ADA

16. Plaintiff re-alleges and incorporates by reference the allegations set forth in paragraphs 1-15, above.

17. The actions of Defendant, through its agents, servants and employees, in discriminating against Plaintiff on the basis of actual or perceived disability and/or record of impairment and failing to provide reasonable accommodation for her disability, constituted violations of the ADA.

18. As a direct result of the aforesaid unlawful discriminatory employment practices engaged in by defendant in violation of the ADA, Plaintiff sustained permanent and irreparable harm, resulting in her termination from employment, which caused her to sustain a loss of earnings, plus the value of certain benefits, plus the loss of future earning power, and other damages.

19. As a further direct result of the aforesaid unlawful discriminatory employment practices engaged in by Defendant in violation of the ADA, Plaintiff sustained severe emotional distress, embarrassment, humiliation, and loss of self-esteem.

**PRAYER FOR RELIE**

WHEREFORE, Plaintiff prays that this Court will order that:

a. Defendant compensate Plaintiff with an award of compensatory damages for past and future loss punitive damages, pain, suffering, inconvenience, mental anguish, loss of enjoyment of life and other non-pecuniary damages;

b. Defendant pay to Plaintiff all statutory damages which may be available;

c. Defendant pay to Plaintiff pre- and post-judgment interest, costs of suit and attorney and expert witness fees as allowed by law.

d. Such other relief as the Court may deem just and proper.

Respectfully submitted this 27th day of October, 2021.

**JURY DEMAND**

Plaintiff demands jury by trial.

Respectfully submitted,
Jonna Silvia,
By her attorney,
THOMAS CONNOLLY


/s/ Thomas Connolly     .
Thomas Connolly (7497)
1 Courthouse Sq.
Newport, RI 02840
tconnolly109@gmail.com
401-699-8810